IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

HUGO ROMAN-CHAVARRIA,      §
    #28219-078             §
                          §    CIVIL NO. 4:23-CV-00052-SDJ-BD
VS.                       §    CRIMINAL NO. 4:11-CR-00079-SDJ-BD
                          §
UNITED STATES OF AMERICA  §

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This case was referred to United States Magistrate Judge Bill Davis, who issued a Report and Recommendation (Dkt. #15) ("the Report") recommending that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied and that the case be dismissed with prejudice. Movant filed objections (Dkt. #16).

Movant reurges the issues raised in his § 2255 motion. The Court has reviewed the tendered objections, and they generally add nothing new to Movant's prior contentions in this case. Despite his arguments, Movant fails to show that the Report is in error or that he is entitled to relief. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Movant to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

1

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and that the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 11th day of March, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE